IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-338-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**MARIA NORMA LUCIO,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       A Supervised Release Revocation Hearing is set for **August 24, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: June 30, 2011